IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RICHARD B. FISCHER, | ) |
| | ) |
| Plaintiff, | ) No. 4:07-CV-1798 |
| | ) |
| vs. | ) JURY TRIAL DEMANDED |
| | ) |
| J. SAM STEWARD, Individually and as former Sergeant with Missouri State Highway Patrol | ) |
| | ) |
| and | ) |
| | ) |
| THE CITY OF ST. CHARLES | ) |
| | ) |
| and | ) |
| | ) |
| TIMOTHY SWOPE, Individually and as former Chief of Police St. Charles City Police Department | ) |
| | ) |
| and | ) |
| | ) |
| JAMES GOOCH, Individually and as former Chief of Police St. Charles City Police Department | ) |
| | ) |
| and | ) |
| | ) |
| ROBERT BOERDING, Individually and in his capacity as Major, St. Charles City Police Department | ) |
| | ) |
| and | ) |
| | ) |
| RACHEL A. SMITH, Individually and in her official capacity as former Special Prosecutor for the St. Charles County Prosecuting Attorney | ) |
| | ) |
| Defendants. | ) |

## MOTION TO EXTEND TIME FOR RESPONDING TO MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT

Comes now Plaintiff, by and through his attorneys Daniel P. Finney, Jr., and Neil J. Bruntrager, and, pursuant to Fed. R. Civ. P. 15, moves this Court to extend time for responding to motions to dismiss and for summary judgment.

Dated   St. Louis, Missouri
          June 24, 2009

                                            Respectfully submitted,

                                            By /s/ Daniel P. Finney, Jr.
                                            USDC 10476
                                            1735 S. Big Bend Blvd.
                                            St. Louis, MO 63117
                                            (314) 646-0300
                                            (314) 646-0303

                                            /s/ Neil J. Bruntrager
                                            USDC 2731
                                            1735 S. Big Bend Blvd.
                                            St. Louis, MO 63117
                                            (314) 646-0066
                                            (314) 646-0065

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record by electronic means on the 24th day of June, 2009:

Robert J. Krehbiel  
2000 S. Hanley Road  
St. Louis, MO 63144-1524

Joann M. Leykam  
St. Charles County Counselor's Office  
100 N. Third Street, Suite 216

Theodore Bruce  
ted.bruce@ago.mo.gov  
Office of the Missouri Attorney General  
Post Office Box 899  
Jefferson City, Missouri 65102

By /s/ Daniel P. Finney, Jr.